UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 22 minutes |
| Date: | November 17, 2017 | | |
| Case No.: | **4:17-cr-00114-JST-1** | | |

**United States of America**　　v.　　**Shiv D. Kumar**

　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　☑ Present
　　　　　　　　　　　　　☐ Not Present
　　　　　　　　　　　　　☐ In Custody

Jose Olivera　　　　　　　　　　　　　　　　Sanjay Bhandari
U.S. Attorney　　　　　　　　　　　　　　　Defense Counsel

U.S. Probation: Bobby Love for Jessica Goldsberry

Punjabi language interpreter: Davinder Dhindsa

Deputy Clerk: William Noble　　　　　　　　Reporter: Diane Skillman

## *PROCEEDINGS*

REASON FOR HEARING:
- Sentencing
- Motion to Continue Sentencing, or in the alternative, for Specified Relief (ECF No. 30)

RESULT OF HEARING:

1. The Court did not complete imposition of sentencing.

2. The following briefing schedule was set:
   　Defendant's opening brief due December 8, 2017
   　Response due January 5, 2018
   　Reply due January 19, 2018
   　Motion hearing set for February 9, 2018 at 2:00 p.m. in Oakland.